Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168;  email: taibiandassociates@gmail.com

Attorney for Plaintiff DWIGHT BANKS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BANKS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GRAND RESTAURANT GROUP dba<br>BELLAMY'S FINE DINING, et. al.<br><br>　　　　　　Defendants. | Case No. 3:20-cv-00467-CAB-MDD<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that Plaintiff, DWIGHT BANKS, and Defendant, GRAND RESTAURANT GROUP dba BELLAMY'S FINE DINING (Herein known as the "Parties"), have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated by and between the Parties for review and approval. Upon the execution and receipt of the required signatures, an executed Joint Motion of Dismissal of the entire action, with prejudice, will be filed with the court by Plaintiff's attorney.

IT IS SO STIPULATED.

1

Dated: June 15, 2020            TAIBI AND ASSOCIATES, A.P.C.

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.
Attorney for the Plaintiff
DWIGHT BANKS

## CERTIFICATE OF SERVICE
## 3:20-CV-00467-CAB-MDD

I, Michael A. Taibi, Esq, certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, which is located in the city, county, and state where the mailing described below took place.

I do hereby certify that the foregoing was served electronically via the Court's electronic filing system this 15th day of June 2020, to all parties of record:

## NOTICE OF SETTLEMENT

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of June 2020, at San Diego, California.

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.