UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BANKS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GRAND RESTAURANT GROUP dba BELLAMY'S FINE DINING and CURTIS A. FLYNN,<br><br>　　　　　　　　　Defendants. | Case No.: 20-CV-467-CAB-MDD<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 9] |

　　　Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

　　　It is **SO ORDERED**.

Dated: July 15, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge